

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00905-CV

London **THOMAS**,
Appellant

v.

**THE PLACE AT OAK HILLS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV04877
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice
              Irene Rios, Justice

Delivered and Filed: February 14, 2024

DISMISSED FOR WANT OF PROSECUTION

In this appeal from a forcible detainer judgment, the justice court found that London Thomas had forcibly detained the plaintiff's property. Thomas appealed to the county court; it also found she had forcibly detained the property. Thomas filed a notice of appeal in this court, and her brief was due on January 2, 2024.

After no brief or motion for extension of time to file the brief was received, on January 5, 2024, we ordered Thomas to show cause in writing not later than January 16, 2024, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). In our order, we

warned Thomas that if she failed to show cause in writing as ordered, this appeal would be dismissed without further notice.

To date, Thomas has not filed a response to our January 5, 2024 order. Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM